**Rule 403.** **Emeritus Status.**

**(a)** **Qualifications. An attorney admitted in Pennsylvania who is registered as retired and who seeks to provide pro bono services under this rule shall transfer to emeritus status by complying with the requirements listed below.**

**(b)** **Application Procedure. Prior to the representation described in (d), an attorney shall complete and submit to the Attorney Registration Office an Application for Emeritus Status which shall include the following:**

**(1)** **The name, attorney identification number, telephone number, current email and residence address of the attorney, the latter of which shall be an actual street address, a rural route box number, or a post office box number. Upon an attorney's written request submitted to the Attorney Registration Office and for good cause shown, the contact information will be nonpublic information and will not be published on the Board's website or otherwise disclosed;**

**(2)** **A list of all courts (except courts of this Commonwealth) and jurisdictions in which the attorney has been licensed to practice law, with the current status thereof;**

**(3)** **Prior disciplinary record in other jurisdictions;**

**(4)** **The list of approved Continuing Legal Education courses that the attorney has completed during the 12-month period immediately preceding the submission of the Application for Emeritus Status, totaling no fewer than 6 credit hours, 5 of which shall be in the substantive area of law and 1 of which shall be in ethics;**

**(5)** **Verification that the attorney is authorized solely to provide pro bono services to eligible legal aid organizations;**

**(6)** **Verification that the attorney is not permitted to handle client funds;**

**(7)** **Verification that the attorney will neither ask for nor receive compensation of any kind for the legal services authorized under this rule;**

**(8)** **A registration fee of $35.00.**

**(c)** **Transfer to Emeritus Status. Upon review of the completed form, verification of the information and approval by the Attorney Registration Office, the application shall be processed by the Attorney Registration Office and the attorney's status as retired shall be changed to emeritus.**

**(d)** **Limitation of Practice. An emeritus attorney is authorized solely to provide pro bono legal services under the auspices of an eligible legal aid organization and without charge or an expectation of fee by the attorney.**

**(e)** **Eligible Legal Aid Organization. An "eligible legal aid organization" for the purposes of this rule is a not-for-profit organization that provides legal services.**

**(f)      Approval of Eligible Legal Aid Organization.  Prior to the commencement of services described in (d), the emeritus attorney shall submit an Eligible Legal Aid Organization Form to the Secretary of the Board for approval. The emeritus attorney shall submit a separate form for each eligible legal aid organization for which the attorney expects to perform pro bono services.  The form shall include the following:**

**(1)      The name and address of the Eligible Legal Aid Organization  and the name of the supervising attorney;**

**(2)      A description of the legal services performed by the organization and the nature of the duties expected to be performed by the emeritus attorney;**

**(3)      Verification of the existence and extent of the malpractice insurance that will cover the emeritus attorney;**

**(4)      Verification that the organization will provide training and support to the emeritus attorney.**

**(g)       Renewal of Emeritus Status.  An emeritus attorney who is registered to provide services under this rule may renew the status on an annual basis.**

**(1)      On or before January 1 of each year, the Attorney Registration Office shall transmit to all emeritus attorneys a notice to register by January 31.**

**(2)      On or before January 31 of each year, emeritus  attorneys who seek to renew the status shall pay an annual fee of $35.00 and shall file with the Attorney Registration Office a form prescribed by the Office which shall include the following:**

**(i)      The name, attorney identification number, telephone number, current email and residence address of the attorney, the latter of which shall be an actual street address, a rural route box number, or a post office box number.  Upon an attorney's written request submitted to the Attorney Registration Office and for good cause shown, the contact information provided by the attorney will be nonpublic information and will not be published on the Board's website or otherwise disclosed;**

**(ii)      A list of all courts (except courts of this Commonwealth) and jurisdictions in which the attorney has been licensed to practice law, with the current status thereof;**

**(iii)      Prior disciplinary record in other jurisdictions;**

**(iv)      Verification that the attorney is authorized solely to provide pro bono services to eligible legal aid organizations;**

**(v)      Verification that the attorney is not permitted to handle client funds;**

**(vi)** **Verification that the attorney will neither ask for nor receive compensation of any kind for the legal services authorized under this rule;**

**(3)** **Failure to file the annual fee form and pay the annual fee by January 31 shall result in the transfer to retired status.**

**(h)** **An emeritus attorney seeking to resume active status should refer to the procedures provided for in Enforcement Rule 218(d) and (h).**

**(i)** **Continuing Legal Education Requirements. An emeritus attorney shall be subject to the annual CLE requirement. *See* Pa.R.C.L.E. 105(d).**